UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  19-cr-7142-GPC |
|---|---|
| Plaintiff, | **ORDER:** |
| | **(1) GRANTING UNITED STATES' MOTION TO WITHDRAW UNITED STATES' MOTION TO DISMISS INDICTMENT; AND** |
| v. | |
| | **(2) VACATING THE COURT'S ORDER OF DISMISSAL** |
| MIGUEL BALTAZAR-BERNAL, | |
| | **[ECF Nos. 4, 5]** |
| Defendant. | |

/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /

1

      Before the Court is United States' Motion to Withdraw its Motion to Dismiss Indictment and to Vacate Order of Dismissal. ECF No. 10. Having reviewed the United States' motion, and for GOOD CAUSE shown, the Court hereby GRANTS the United States Motion. The Court ORDERS that the Motion to Dismiss Indictment (ECF No. 4) For good cause shown, the Court GRANTS the United States' Motion to Withdraw its Motion to Dismiss Indictment. The Court further ORDERS that the Order of Dismissal (ECF No. 5) be VACATED.

      **IT IS SO ORDERED.**

Dated:  April 5, 2022

                                        Hon. Gonzalo P. Curiel
                                        United States District Judge